UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                            19 CR. 555 (RMB)

  -against-

                                                          **ORDER**

SOLOMON PETERSON
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, October 14, 2021 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0555

Dated: October 7, 2021
       New York, NY

                                                 _____
                                                    RICHARD M. BERMAN
                                                        U.S.D.J.