**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                           19 CR. 555 (RMB)

   -against-

                                                                           **ORDER**

SOLOMON PETERSON
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Tuesday, December 21, 2021 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0555

Dated: December 16, 2021
       New York, NY

                                                            _Richard M. Berman_
                                                            RICHARD M. BERMAN
                                                                 U.S.D.J.