UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

SOLOMON PETERSON,

           Defendant.

CASE NO.: 19 Cr. 555 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Supervised Release Hearing previously scheduled for Wednesday, September 7, 2022 at 12:30 pm is RESCHEDULED to **Thursday, August 25, 2022 at 10:00 am** and will take place in person, in Courtroom 5A, 500 Pearl Street, New York, New York.

Dated:    New York, New York
             August 18, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**