UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
    Government,

                 19 CR. 555 (RMB)

 -against-

                 **ORDER**

SOLOMON PETERSON
    Defendant.
------------------------------------------------------------X

  The Court will hold a supervised release hearing in this case on Wednesday, September 28, 2022 at 10:00 AM.

  In light of the continuing COVID-19 pandemic, the supervised release hearing is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information:

  Dial In Number: (646) 453-4442
  Conference ID: 142 854 507#

Dated: September 12, 2022
   New York, NY

                 _____
                   RICHARD M. BERMAN
                      U.S.D.J.