UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                19 CR. 555 (RMB)

   -against-

                                                             **ORDER**

SOLOMON PETERSON
                Defendant.
------------------------------------------------------------X

      The supervised release hearing previously scheduled for Tuesday, November 15, 2022 at 10:00 AM is hereby rescheduled to Wednesday, November 30, 2022 at 10:00 AM.

      The proceeding is being held by video. Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference Code: 240 615 089#

Dated: November 15, 2022
         New York, NY

                                                                             _____
                                                                           RICHARD M. BERMAN
                                                                                U.S.D.J.