UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,     :      19 CR. 555 (RMB)
                                           :
     - against -                         :      **ORDER**
                                           :
SOLOMON PETERSON,                          :
                Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, May 4, 2023 at 9:15 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 674 592 127#

Dated: April 26, 2023
       New York, NY

                                            **RICHARD M. BERMAN**
                                                **U.S.D.J.**