**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                  Government,  :  19 CR. 555 (RMB)

     - against -  :  **ORDER**

SOLOMON PETERSON,

                  Defendant.
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, June 15, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 518 656 090#

Dated: June 7, 2023
      New York, NY

                                                     *Richard M. Berman*
                                           **RICHARD M. BERMAN**
                                                      U.S.D.J.