**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 19 CR. 555 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| SOLOMON PETERSON, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, September 13, 2023 at 3:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 215 459 985#

Dated: September 6, 2023
       New York, NY

                                             _____
                                              **RICHARD M. BERMAN**
                                                     **U.S.D.J.**