UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                    Government,   :   19 CR. 555 (RMB)
                                           :
         - against -                       :   **ORDER**
                                           :
SOLOMON PETERSON,                          :
                    Defendant.    :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, October 30, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 215 459 985#

Dated: October 25, 2023
       New York, NY

                                              _____
                                              **RICHARD M. BERMAN**
                                                     **U.S.D.J.**