**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                  Government,       :       19 CR. 555 (RMB)
                                              :
     - against -                             :       **ORDER**
                                              :
SOLOMON PETERSON,                             :
                  Defendant.        :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, January 16, 2024 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 836 878 097#

Dated: January 10, 2024
       New York, NY

                                                      *Richard M. Berman*
                                            **RICHARD M. BERMAN**
                                                   **U.S.D.J.**