**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                Government,    :    19 CR. 555 (RMB)
                                          :
       - against -                       :    **ORDER**
                                          :
SOLOMON PETERSON,                         :
                Defendant.     :
-----------------------------------------------------------------x

The supervised release hearing previously scheduled for Monday, April 29, 2024 at 12:00 P.M. is hereby rescheduled to Wednesday, March 6, 2024 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 816 164 187#

Dated: March 5, 2024
       New York, NY

                                                _____
                                                 **RICHARD M. BERMAN**
                                                          **U.S.D.J.**