**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
UNITED STATES OF AMERICA,      :
               :
        Government,  :   19 CR. 555 (RMB)
               :
    - against -      :   **ORDER**
               :
SOLOMON PETERSON,      :
      Defendant.   :
-------------------------------------------------------------------x

   The supervised release hearing is scheduled for Tuesday, April 23, 2024 at

11:00 A.M.

   In the absence of defense objection, the proceeding will be held by video.

   Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:


   Dial-in Number: (646) 453-4442
   Conference ID: 293 553 538#


Dated: April 17, 2024
   New York, NY

                 _Richard M. Berman_

                 **RICHARD M. BERMAN**
                   **U.S.D.J.**