UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                               :
                 Government,       :       19 CR. 555 (RMB)
                                               :
      - against -                             :       **ORDER**
                                               :
SOLOMON PETERSON,                              :
                                               :
                 Defendant.        :
----------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, May 1, 2024 at 2:30 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 293 553 538#

Dated: April 24, 2024
       New York, NY

                                                **RICHARD M. BERMAN**
                                                      U.S.D.J.